**Jaamal FLEMING, Plaintiff-Appellant,**

v.

**VIRGINIA STATE UNIVERSITY; Poli-**
**cies and Petitions Committee; Aca-**
**demic Credit Committee; Katrina**
**Walker; Commonwealth of Virginia,**
**Defendants-Appellees.**

No. 17-1814

United States Court of Appeals,
Fourth Circuit.

Submitted: December 29, 2017

Decided: March 5, 2018

---

Jaamal Fleming, Appellant Pro Se. Ramona Leigh Taylor, VIRGINIA STATE UNIVERSITY, Petersburg, Virginia, for Appellees.

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaamal Fleming appeals from the district court's order dismissing his civil action for breach of contract, defamation, and fraud for lack of subject matter jurisdiction based on Eleventh Amendment immunity. Appellees argue that the action is barred by the doctrine of res judicata. Assuming without deciding that the doctrine of res judicata does not bar Fleming's complaint, we conclude after review of the record that the district court did not reversibly err in determining that it lacked subject matter jurisdiction over the complaint. We therefore affirm the district court's dismissal decision. *Fleming v. Va. State Univ.*, No. 3:17-cv-00411-JAG, 2017 WL 4484262 (E.D. Va. June 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*